No. 809. FAY, WARDEN, ET AL. *v.* NOIA. Certiorari, 369 U. S. 869, to the United States Court of Appeals for the Second Circuit. The motion of the respondent for leave to proceed *in forma pauperis* is granted. *Leon B. Polsky* for respondent.